**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7032**

---

ABDUL-HASIB AL-MUSAWWIR,

Plaintiff - Appellant,

versus

S. K. YOUNG, Warden, Wallens Ridge State
Prison; COMMISSARY MANAGER VANOVER,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, District Judge.
(CA-01-391-7)

---

Submitted: January 31, 2002          Decided: February 6, 2002

---

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Abdul-Hasib al-Musawwir, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Abdul-Hasib Al-Musawwir appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Al-Musawwir v. Young, No. CA-01-391-7 (W.D. Va. May 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED